In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00499-CV
_____

MEGAN LAMB, Appellant

V.

DECKER PRAIRIE RV PARK, Appellee

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 17-30250

MEMORANDUM OPINION

Megan Lamb, Appellant, filed a notice of appeal with the trial court on December 28, 2017. Despite written notices from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed, and the clerk responsible for preparing the record in this appeal informed the Court that Appellant did not make arrangements to pay for the record. *See* Tex. R. App. P. 37.3(b). We notified the parties that the appeal would be dismissed unless the filing

1

fee was paid and Appellant arranged to file the record. Appellant did not respond to the Court's notices.

Appellant did not file a statement of inability to pay costs and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 28, 2018
Opinion Delivered March 29, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.